Rel: October 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0194

John Franklin Henson, by and through his next friend, Randy Henson v. Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP (Appeal from Calhoun Circuit Court: CV-22-900161).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Shaw, Bryan, Mendheim, and McCool, JJ., concur.